IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES STOEBER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO. 18-cv-2127-DGW[1] |
| ) | |
| COMMISSIONER of SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

**WILKERSON, Magistrate Judge:**

Before the Court is the parties' Joint Motion for Remand for Further Proceedings. **(Doc. 24)**.

The parties ask that this case be remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A sentence four remand (as opposed to a sentence six remand) depends upon a finding of error, and is itself a final, appealable order. See, *Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *Perlman v. Swiss Bank Corporation Comprehensive Disability Protection Plan*, 195 F.3d 975, 978 (7th Cir. 1999). Upon a sentence four remand, judgment should be entered in favor of plaintiff. *Shalala v. Schaefer*, 509 U.S. 292, 302-303 (1993).

The parties agree that, upon remand, "the ALJ will re-evaluate the claimant's mental RFC, with citation to the medical evidence that supports each

---

[1] This case was assigned to the undersigned for final disposition upon consent of the parties pursuant to 28 U.S.C. §636(c). See, Docs. 11, 18.

1

limitation assessed and with consideration for all of his medical impairments; re-evaluate the record medical opinions; re-evaluate the claimant's subjective symptoms under SSR 16-3p; and obtain additional vocational evidence if warranted."

Plaintiff applied for disability benefits in October 2015. (Tr. 15). While recognizing that the agency has a full docket, the Court urges the Commissioner to expedite this case on remand.

For good cause shown, the parties' Joint Motion for Remand for Further Proceedings **(Doc. 24)** is **GRANTED**.

The final decision of the Commissioner of Social Security denying plaintiff's application for social security disability benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

The Clerk of Court is directed to enter judgment in favor of plaintiff.

**IT IS SO ORDERED.**

**DATED: June 24, 2019.**

**DONALD G. WILKERSON**
**UNITED STATES MAGISTRATE JUDGE**