IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES STOEBER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>COMMISSIONER of SOCIAL SECURITY,<br><br>　　　　　Defendant. | Civil No.　18-cv-2127-DGW |

## **JUDGMENT IN A CIVIL CASE**

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States Magistrate Judge Donald G. Wilkerson (Doc. 25), the Commissioner's final decision denying plaintiff's application for social security disability benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

Judgment is entered in favor of plaintiff James Stoeber and against defendant Commissioner of Social Security.

DATED:　June 24, 2019

　　　　　　　　　　　　　　　　　　　　　**MARGARET M. ROBERTIE**
　　　　　　　　　　　　　　　　　　　　　**Clerk of Court**

　　　　　　　　　　　　　　　　　　　　　**BY: s//Angie Vehlewald**
　　　　　　　　　　　　　　　　　　　　　　　**Deputy Clerk**

**Approved:**
**s/ Donald G. Wilkerson**
**Donald G. Wilkerson**
**U.S. Magistrate Judge**